# UNITED STATES DISTRICT COURT
## District of Minnesota

Rafat Ishaq and Geti Ishaq,

                Plaintiff,

v.

ERB International, Inc., Roberto Biasini, Rashid Ishaq

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  18-cv-2218 JNE/BRT

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. This action is DISMISSED for lack of subject-matter jurisdiction.

Date: 8/14/2018

                KATE M. FOGARTY, CLERK

                *s/K. Krulas*

(By)              K. Krulas, Deputy Clerk